**TOM R. GRIMMETT, TRUSTEE**
**2275 CORPORATE CIRCLE Ste 120**
**HENDERSON, NV  89074**
**702-740-4152**

RECEIVED
AND FILED

2003 MAR 28  AM 9:33



UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
STATES
BANKRUPTCY COURT
PATRICIA GRAY, CLERK

| IN RE: LEAVITT, JOHNNY TODD | ) | BK-S-99-10705-RCJ |
|---|---|---|
| & STACY | ) | CHAPTER 7 |
| | ) | |
| | ) | NOTICE OF UNCLAIMED FUNDS |
| | ) | |
| DEBTOR(S) | | |

To:  Clerk, United States Bankruptcy Court

From:  Tom R. Grimmett, Trustee

Pursuant to Rules 3010 and 3011 of the Bankruptcy Rules, the
following unclaimed funds are being forwarded to you to be
deposited in the registry of the United States Bankruptcy Court.
Theses funds can be withdrawn as provided in Chapter 129, Title 28
2042.

| CLAIM # | CLAIMANT & ADDRESS | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 1-D | VISA | | $  1838.32 |
| MPOC | P.O. BOX 30495 | | |
| | TAMPA, FL   33630 | | |
| | | | |
| 1-I | ALLTELL | | $    25.40 |
| MPOC | P.O. BOX  98785 | | |
| | LAS VEGAS, NV   89193 | | |
| | | | |
| 1-G | VIRGIN VALLEY CREDIT UNION | | $   191.49 |
| | 590 W. MESQUITE BLVD | | |
| | MESQUITE, NV   89027 | | |

**TOTAL**                                               **$2055.21**

DATE:_____March 27, 2003____

Tom R. Grimmett, Trustee

NOTE:  Claims that are $25.00 or less go into CAS 10600.  Claims
that are more than $25.00 go into CAS 613300.  The amounts that are
to be deposited into the registry can be written on check only.

# 135034    $2055.21