UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

RECEIVED AND FILED
2004 APR -7 PM 12:55
UNITED STATES BANKRUPTCY COURT
PATRICIA GRAY CLERK

IN RE:  Johnny Leavitt & Stacy Leavitt

Case No.: 99-10705-vj

HEARING DATE: N/A
HEARING TIME: N/A

MOTION TO WITHDRAW MONEYS UNDER 28 U.S.C. 2042

There was a dividend check in the amount $1,838.32 in the above-named case issued to VISA. Said check having not been cashed by said payee, the Trustee, pursuant to 11 U.S.C. 347(a), delivered the unclaimed money to the Clerk, US Bankruptcy Court.

**PLEASE CROSS OUT THE PARAGRAPH THAT DOES NOT APPLY:**

1. Claimant is the creditor or debtor in whose behalf these moneys were deposited and is entitled to the moneys deposited.

2. ~~Claimant is not the creditor but is entitled to payment of these moneys because (please state the basis for your claim to the moneys)~~

_____

_____

_____

_____

_____

Please attach copies of any supporting documentation. [1]

Date: March 31, 2004

Louis H. Treiger  
Vice President  
Weinstein, Treiger & Riley, P.S.  
2101 Fourth Ave Suite 900  
Seattle WA 98121  
Attorney-in-fact for Claimant  
USAA Federal Savings Bank-VISA

---

[1] (i) If claimant is heir of deceased creditor, attach copies of death certificate and heirship order of court.

(ii) If claimant is assignee of creditor, attach copy of assignment.

(iii) If claimant is corporate successor of creditor, attach copies of all documents demonstrating such status.

(iv) If claimant is agent of creditor for purposes of filing this application, attach a copy of the agency agreement.

(v) Attach other documents showing entitlement should none of the foregoing apply.